In the Matter of the Application of UMBERTO POLITANO, Appellant.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Respondent.

Argued November 16, 1937; decided November 30, 1937.

*Jack J. Katz* and *Charles Rothenberg* for appellant.

*Reginald S. Hardy* and *Gardiner Conroy* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.